No. 5687. TATE *v.* BLACKWELL, WARDEN. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *Griffin* v. *Breckenridge, ante,* p. 88.

No. ——. DIXON *v.* OREGON. Sup. Ct. Ore. Application for stay and continuance of bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. ——. CONNOR ET AL. *v.* JOHNSON ET AL., 402 U. S. 690. Application for further stay to enforce this Court's mandate denied.

No. 189. CHICAGO & NORTH WESTERN RAILWAY CO. *v.* UNITED TRANSPORTATION UNION, 402 U. S. 570. Motion of respondent to issue judgment forthwith granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 538. SWARB ET AL. *v.* LENNOX ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 401 U. S. 991.] Motion of Pennsylvania Credit Union League for leave to file brief as *amicus curiae* granted. Motion of National Consumers Law Center for leave to dispense with printing *amicus curiae* brief granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 1331. AFFILIATED UTE CITIZENS OF UTAH ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. [Certiorari granted, 402 U. S. 905.] Motion of Association on American Indian Affairs, Inc., for leave to file a brief as *amicus curiae* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.